## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:15-CV-115-FDW-DCK

| | | |
|---|---|---|
| MELVIN LUTZ, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OPTIMUM OUTCOMES, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by Deborah A. Ausburn, concerning Matthew Robert Rosenkoff on April 21, 2015.  Mr. Matthew Robert Rosenkoff seeks to appear as counsel *pro hac vice* for Defendant Optimum Outcomes, Inc.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED.**  Mr. Matthew Robert Rosenkoff is hereby admitted *pro hac vice* to represent Defendant Optimum Outcomes, Inc.

**SO ORDERED**.

Signed: April 21, 2015

David C. Keesler
United States Magistrate Judge